Clay Gantz, Appellee, v. Russell Young and Harry E. Westbrook, Appellants.

Gen. No. 10,186.

opinion filed March 9, 1948; released for publication March 30, 1948. Raphael E. Yalden, for appellants; Miller, Thomas & Hickey, for appellee; Francis E. Hickey and William E. Collins, of counsel. Opinion by JUSTICE DOVE. **Not to be published in full.**